Misc. No. 14–8007/NA. L.C., Midshipman U.S. Navy, Appellant v. Daniel J. Daugherty, Colonel, USMC (in his official capacity as Military Judge), Appellee, Eric Graham, Midshipman U.S. Navy, Real Party In Interest. CCA 201300486. On consideration of Appellant's motion for an emergency stay of the proceedings and motion to dismiss the writ-appeal petition, it is ordered that said motion to dismiss the writ-appeal petition is hereby granted, and said motion for an emergency stay of the proceedings is hereby denied as moot.

No. 13–7001/AR. U.S. v. Hasan K. Akbar. CCA 20050514. Appellant's motion to substitute supplemental exhibit 1 with original is granted.

No. 14–0289/AR. U.S. v. Jordan M. Peters. CCA 20110057. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including January 28, 2014*, and *absent extraordinary circumstances, no further extension of time will be granted*.

Thursday, January 16, 2014

No. 13–0573/AR. U.S. v. Calvin J. Davenport. CCA 20081102. Review granted on the following issue:

> WHETHER THE OMISSION OF TESTIMONY FROM A TRIAL TRANSCRIPT RENDERS THE TRANSCRIPT NON–VERBATIM AND THEREFORE SUBJECT TO THE REMEDY IN R.C.M. 1103(f)(1) WHERE THE WITNESS'S TESTIMONY IS ONLY RELEVANT TO AN OFFENSE OF WHICH APPELLANT HAS BEEN ACQUITTED; OR, WHETHER SUCH OMISSION SHOULD BE ADDRESSED UNDER R.C.M. 1103(b)(2)(A) (REQUIREMENT FOR A COMPLETE RECORD) AND THUS TESTED FOR WHETHER THE PRESUMPTION OF PREJUDICE HAS BEEN REBUTTED. *SEE UNITED STATES v. GASKINS*, 72 M.J. 225 (C.A.A.F. 2013); *UNITED STATES v. HENRY*, 53 M.J. 108 (C.A.A.F. 2000).

Briefs will be filed under Rule 25.

No. 14–0040/NA. U.S. v. Ethan S. Short. CCA 201200483. Review granted on the following issue: